MZ2024CV00441 14/03/2024 01:57:46 pm Entrada Núm. 2 Página 1 de 3

Formulario OAT 1721 (Rev. Agosto 2023)

Página 1 de 3

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
**TRIBUNAL GENERAL DE JUSTICIA**
**TRIBUNAL DE PRIMERA INSTANCIA**
**SALA SUPERIOR DE MAYAGÜEZ**

DANIEL E. PACHECO MUSSEB Y OTROS
**Parte Demandante**

v.

UNITED STATES POSTAL SERVICE Y OTROS
**Parte Demandada**

Caso Núm. MZ2024CV00441

Salón Núm. _____

Acción Civil de: ACCIDENTE DE TRÁNSITO

**EMPLAZAMIENTO**


RECEIVED MAY 03 2024 US ATTORNEY'S OFFICE PUERTO RICO

ESTADOS UNIDOS DE AMERICA, SS
EL PRESIDENTE DE LOS ESTADOS UNIDOS
EL ESTADO LIBRE ASOCIADO DE PUERTO RICO

**A: UNITED STATES POSTAL SERVICE**
DIRECCIÓN DESCONOCIDA

POR LA PRESENTE se le emplaza para que presente al tribunal su alegación responsiva dentro de los 30 días de haber sido diligenciado este emplazamiento, excluyéndose el día del diligenciamiento. Usted deberá presentar su alegación responsiva a través del Sistema Unificado de Manejo y Administración de Casos (SUMAC), al cual puede acceder utilizando la siguiente dirección electrónica: https://www.poderjudicial.pr/index.php/tribunal-electronico/, salvo que el caso sea de un expediente físico o que se represente por derecho propio, en cuyo caso deberá presentar su alegación responsiva en la Secretaría del Tribunal y notificar copia de la misma al (a la) abogado(a) de la parte demandante o a ésta, de no tener representación legal. Si usted deja de presentar su alegación responsiva dentro del referido término, el tribunal podrá dictar sentencia en rebeldía en su contra y conceder el remedio solicitado en la demanda, o cualquier otro, si el tribunal, en el ejercicio de su sana discreción, lo entiende procedente. Además, se le apercibe que, en los casos al amparo de la Ley Núm. 57-2023, titulada Ley para la Prevención del Maltrato, Preservación de la Unidad Familiar y para la Seguridad, Bienestar y Protección de los Menores, entre los remedios que el Tribunal podrá conceder se incluyen la ubicación permanente de un (una) menor fuera de su hogar, el inicio de procesos para la privación de patria potestad, y cualquier otra medida en el mejor interés del (de la) menor. (Artículo 33, incisos b y f de la Ley Núm. 57-2023). Se le advierte de su derecho a comparecer acompañado(a) de abogado(a) en los casos que proceda.

Nombre del Abogado: JUAN O. RODRÍGUEZ LÓPEZ
RUA: 11251
Dirección: PO BOX 7601, PONCE, PUERTO RICO, 00732-7601
Tel: 9392161935 / Fax:
Correo Electrónico: juanoscarrl@gmail.com

Expedido bajo mi firma y sello del Tribunal, el __19__ de __marzo__ de __2024__.

LCDA. NORMA G. SANTANA IRIZARRY
Nombre del (de la)
Secretario(a) Regional

Por: RAMONA BARBOT PÉREZ
Nombre del (de la)
Secretario(a) Auxiliar del Tribunal
Ramona Barbot Pz

_____
Firma del (de la)
Secretario(a) Auxiliar del Tribunal

ID: 8674FAC3-215B-45AC-9639-70554FEC95E2    FIRMADO ELECTRÓNICAMENTE: 03/19/2024 04:06:18 PM

Formulario OAT 1721  
(Rev. Agosto 2023)

Página 2 de 3

Caso Núm. **MZ2024CV00441**

## CERTIFICADO DE DILIGENCIAMIENTO POR EL (LA) ALGUACIL

Yo, _____ Alguacil del Tribunal de Primera Instancia de Puerto Rico, Sala de _____.

CERTIFICO que el diligenciamiento del emplazamiento y de la demanda del caso de referencia fue realizada por mí, el ____ de _____ de _____, a las _____ ☐ a.m. ☐ p.m., de la siguiente forma:

☐ Mediante entrega personal a la parte demandada en la siguiente dirección física:
_____

☐ Accesible en la inmediata presencia de la parte demandada en la siguiente dirección física:
_____

☐ Dejando copia de los documentos a un(a) agente autorizado(a) por la parte demandada o designada por ley para recibir emplazamientos en la siguiente dirección física:
_____

☐ No se pudo diligenciar el emplazamiento personalmente debido a que:
_____

En _____, Puerto Rico, el ____ de _____ de _____.

_____  
Nombre del (de la) Alguacil Regional

_____  
Nombre del (de la) Alguacil de Primera Instancia y Número de Placa

_____  
Firma del (de la) Alguacil de Primera Instancia

## DILIGENCIAMIENTO DEL EMPLAZAMIENTO POR PERSONA PARTICULAR

Yo, _Luis E. Pérez_, declaro tener capacidad legal conforme la Regla 4.3 de Procedimiento Civil de Puerto Rico, y certifico que el diligenciamiento del emplazamiento y de la demanda del caso de referencia fue realizado por mí, el _3_ de _mayo_ de _2024_ de la siguiente forma:

☐ Mediante entrega personal a la parte demandada en la siguiente dirección física:
_____

☑ Accesible en la inmediata presencia de la parte demandada en la siguiente dirección física:
_350 Ave. Carlos Chardón Suite 1201 San Juan - PR. 00918_

☑ Dejando copia de los documentos a un(a) agente autorizado(a) por la parte demanda o designada por ley para recibir emplazamientos en la siguiente dirección física:
_W. Stephen Muldrow - Fiscal Federal por conducto_

☐ No se pudo diligenciar el emplazamiento personalmente, debido a que: _de la División Civil persona autorizada a recibir demanda y emplazamientos_

COSTOS DEL DILIGENCIAMIENTO: $ _____

## DECLARACIÓN DEL (DE LA) EMPLAZADOR(A)

Declaro bajo pena de perjurio, conforme a las leyes del Estado Libre Asociado de Puerto Rico, que la información provista en el diligenciamiento del emplazamiento es verdadera y correcta.

Y PARA QUE ASÍ CONSTE, suscribo la presente en _____, Puerto Rico, el ____ de _____ de _____.

_____  
Firma del (de la) emplazador(a)

_____  
Dirección del (de la) emplazador(a)

AFFIDÁVIT NÚM. _____ [en caso de ser juramentado ante un(a) notario(a)]

Jurado(a) y suscrito(a) ante mí por _____, de las circunstancias personales anteriormente mencionadas, a quien doy fe de conocer

_____  
(conocimiento personal o, en su defecto, la acreditación del medio supletorio provisto por la Ley Notarial)

En _____, Puerto Rico, el ____ de _____ de _____.

_____  
Nombre del (de la) Notario(a) o Secretario(a) Regional

Por: _____  
Nombre del (de la) Secretario(a) Auxiliar del Tribunal

_____  
Firma del (de la) Secretario(a) Auxiliar del Tribunal

Formulario OAT 1721
(Rev. Agosto 2023)

Página 3 de 3

**MZ2024CV00441**
Caso Núm. _____

## DILIGENCIAMIENTO BAJO LEY NÚM. 57-2023

Yo, _____, certifico que el diligenciamiento del emplazamiento y de la demanda del caso de referencia fue realizado por mí, el ____ de _____ de _____, de la siguiente forma:

☐ Mediante envío a la parte demandada por correo electrónico a la siguiente dirección:
_____

☐ Mediante envío a la parte demandada por correo regular a la siguiente dirección:
_____

### DECLARACIÓN DEL (DE LA) EMPLAZADOR(A)

Declaro bajo pena de perjurio, conforme a las leyes del Estado Libre Asociado de Puerto Rico, que la información provista en el diligenciamiento del emplazamiento es verdadera y correcta.

Y PARA QUE ASÍ CONSTE, suscribo la presente en _____, Puerto Rico, el ____ de _____ de _____.

_____          _____
Firma del (de la) emplazador(a)              Dirección del (de la) emplazador(a)

AFFIDÁVIT NÚM. _____ [en caso de ser juramentado ante un(a) notario(a)]

Jurado(a) y suscrito(a) ante mí por _____,
de las circunstancias personales anteriormente mencionadas, a quien doy fe de conocer
_____
(conocimiento personal o, en su defecto, la acreditación del medio supletorio provisto por la Ley Notarial)

En _____, Puerto Rico, el ____ de _____ de _____.

                                             Por: _____
_____                  _____
Nombre del (de la) Notario(a) o                  Nombre del (de la)
Secretario(a) Regional                           Secretario(a) Auxiliar del Tribunal

                                                 _____
                                                 Firma del (de la)
                                                 Secretario(a) Auxiliar del Tribunal



ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL DE PRIMERA INSTANCIA
SALA SUPERIOR DE MAYAGUEZ

| | |
|---|---|
| DANIEL E. PACHECO MUSSEB, YOANN M. LOPEZ PEREZ y la Sociedad Legal de Gananciales compuesta por ambos<br>**Demandantes**<br><br>Vs.<br><br>UNITED STATES POSTAL SERVICE; COMPANIA ASEGURADORA A; VICTOR M. RIVERA GONZALEZ; COMPANIA ASEGURADORA B; AUTOS VEGA, INC.; MAPFRE/PRAICO; RICHARD DOE y JANE DOE; COMPAÑIA ASEGURADORA C y D<br>**Demandados** | CIVIL NÚM.<br><br>RECEIVED MAY 03 2024 US ATTORNEY'S OFFICE PUERTO RICO<br><br>SOBRE:<br><br>DAÑOS Y PERJUICIOS (ACCIDENTE AUTO) |

## DEMANDA

AL HONORABLE TRIBUNAL:

**Comparecen** las partes demandantes por conducto de su abogado que suscribe y ante este Honorable Tribunal muy respetuosamente **ALEGA, EXPONE Y SOLICITA**:

1. La dirección de los demandante es:

   **Física y Postal**:
   Bo. Guaniquilla, Buzón A-127
   Aguada PR 00602

2. El día 17 de marzo de 2021, a las 9:20am aproximadamente, el demandante Daniel E. Pacheco Musseb, conducía el auto marca Suzuki modelo Aereo S/LX, del año 2004, tablilla FYX-818, por la carretera #2, Intersección con carr. 402 en Añasco PR, por el carril izquierdo en dirección de norte a sur.

3. Mientras el demandante Daniel E. Pacheco Musseb se traslada en el vehículo según indicado en el inciso anterior, se detiene ante un semáforo pues tenía la luz roja a su favor. Al cabo de varios segundos fue impactado violentamente por la parte posterior con la parte frontal del camión marca HINO, modelo 338, tablilla H77280, del año 2016, el cual era conducido por el demandado Víctor M. Rivera González haciendo gestiones como empleado de United States Postal Service.

4. El camión que conducía el demandado Víctor M. Rivera González al momento del accidente le pertenece a la compañía Autos Vega Inc.

5. Como consecuencia de la negligencia de los demandados, los demandantes sufrieron los daños que a continuación se describen:

**FISICOS**:

a. El demandante Daniel E. Pacheco Musseb sufrió traumas en varias partes del cuerpo, específicamente en la espalda baja, espalda alta, cuello y cabeza. Actualmente continua con tratamiento médico y desconocemos el alcance de los danos como consecuencia del accidente. Los daños físicos se valoran en una cantidad no menor de $200,000.00.

**ANGUSTIAS MENTALES**:

b. El demandante Daniel E. Pacheco Musseb ha sufrido profundas angustias mentales por estos hechos que se valoran en una cantidad no menor de $35,000.00.

c. La demandante Yoann M. López Pérez ha sufrido profundas angustias mentales por estos hechos que se valoran en una cantidad no menor de $35,000.00.

**LUCRO CESANTE y MENOSCABO PARA GENERAR INGRESOS**:

d. Como consecuencia del accidente el demandante Daniel E. Pacheco Musseb se ha ausentado al trabajo por lo que la Sociedad Legal de Gananciales ha perdido ingresos. En adición, como consecuencia del accidente el demandante Daniel E. Pacheco Musseb ha recibido unos daños que podrían afectarlo tanto en su trabajo actual como en futuro para generar ingresos y que afectarían a la Sociedad Legal de Gananciales para generar ingresos. Daños que se valorizan al momento en una cantidad no menor de $100,000.00.

**MATERIALES**:

e. El vehículo de motor marca Suzuki modelo Aereo S/LX, del año 2004, tablilla FYX-818, conducido por el demandante Daniel E. Pacheco Musseb el día del accidente pertenece a la Sociedad Legal de

Gananciales, el mismo esta inservible y se valoriza en una cantidad no menor de $1,500.00.

**GASTOS MEDICOS y MISCELANEOS:**

f. A pesar de que este accidente está cubierto por ACAA, y ACAA está obligada a cubrir los gastos médicos, por la falta de disponibilidad de médicos bajo la cubierta de ACAA, el demandante ha estado cubriendo sus gastos médicos con el fin de mitigar los daños. Esta determinación la tomo pues está seriamente preocupado por su salud. Cantidad que hasta el momento asciende a unos $1,500.00.

**DAÑOS PUNITIVOS:**

g. Como consecuencia de la negligencia crasa y temeraria demostrada por el demandado Víctor M. Rivera González al conducir el vehículo de motor en una vía pública, se solicita una cantidad no menor de $50,000.00, por daños punitivos.

6. Este accidente es producto de la negligencia y falta de cuidado conforme al buen padre de familia y/o al hombre prudente y razonable, demostrado por el demandado, Sr. **Víctor M. Rivera González**, al conducir negligentemente el vehículo descrito anteriormente ya que no guardó distancia entre los dos vehículos como debió haberlo hecho. Esta negligencia es la causa próxima del accidente, por lo tanto le responde a los demandantes por todos y cada uno de los daños reclamados en esta demanda.

7. El demandado **Víctor M. Rivera González** al momento del accidente hacia gestiones de trabajo como empleado de **United States Postal Service**, por lo que éste le responde solidariamente a los demandantes por los daños ocurridos como consecuencia de accidente narrados en los incisos 2, 3 y 4.

8. El demandado **Auto Vega Inc.**, es el dueño del vehículo que manejaba por el demandado Víctor M. Rivera González, por lo que éste le responde solidariamente a los demandantes por los daños ocurridos como consecuencia de accidente narrados en los incisos 2, 3 y 4.

9. El demandado **Auto Vega Inc.**, mantiene una póliza de seguro con las **MAPFRE/PRAICO**, para cubrir los daños ocasionados por la negligencia de sus empleados al faltar a su deber de un buen padre de familia y mantener condiciones peligrosas, las cuales produjeron el accidente que nos ocupa. Por tanto ambos son responsablemente solidarios de todos los daños y perjuicios causados a la parte demandante, por lo que se reclama a estos las cantidades antes señaladas como compensación.

10. Los demandados **United States Postal Service; Víctor M. Rivera González;** mantienen unas pólizas de **seguros con la compañía demandadas A y B**, respectivamente. Denominada con nombre ficticio ya que se desconoce su verdadero nombre al presente; para cubrir los daños ocasionados por la negligencia de sus empleados y/o agentes, por lo que todas son solidariamente responsables por los daños y perjuicios causados a los demandantes. Se le reclama a estas las cantidades antes señaladas como compensación.

11. Los demandados **Richard Doe y Jane Doe** son los nombres ficticios con que se designan a todos y a cada uno de los posibles dueños o encargados de las aceras donde ocurrió y que ocasionó el accidente, los cuales pueden ser responsables al demandante cuyas identidades se desconocen al presente.

12. Los demandados **Richard Doe y Jane Doe**, mantienen una póliza de seguros con las **COMPANIAS ASEGURADORAS C y D**, denominadas de esta manera por desconocer sus verdaderos nombres, para cubrir los daños ocasionados por la negligencia de sus empleados al faltar a su deber de un buen padre de familia y mantener condiciones peligrosas, las cuales produjeron el accidente que nos ocupa. Por tanto ambos son responsablemente solidarios de todos los daños y perjuicios causados a la parte demandante, por lo que se reclama a estos las cantidades antes señaladas como compensación.

13. El presente caso fue radicado en el Tribunal Federal Distrito de Puerto Rico bajo *Civ. No.: 22-1130(SCC)*, y fue desestimado sin perjuicio el día 23 de febrero de 2024. (**Anejo 1**)

**EN VIRTUD DE LO CUAL** muy respetuosamente solicitamos al Honorable Tribunal que declare **CON LUGAR** la presente demanda y se conceda lo aquí solicitado además de una cantidad razonable para honorarios de abogado junto a cualquier pronunciamiento que en derecho proceda.

RESPETUOSAMENTE SOMETIDO.

En Ponce, Puerto Rico hoy a 14 de marzo de 2024.

**f/JUAN CARLOS RODRIGUEZ LOPEZ**
RUA NUM. 12,679
4024 CALLE AURORA
PONCE, PUERTO RICO 00717-1513
☎:(787)709-4876
🖥: jrllaw@gmail.com

**f/JUAN OSCAR RODRIGUEZ LOPEZ**
RUA NUM. 11,251
PO BOX 7601
PONCE PR 00732-7601
TEL: 939-216-1935
E-mail: juanoscarrl@gmail.com